Matthew Leachman
SPN 01525039
Harris County Jail
1200 Baker St.
Houston TX 77002

CLERK OF THE COURT
U.S. DISTRICT COURT
PO BOX 61010
HOUSTON TX 77208

United States Courts
Southern District of Texas
FILED
FEB 13 2018
David J. Bradley, Clerk of Court

